FILED

05/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0606

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0606

_____

IN THE MATTER OF

Z.L.,                                                            O R D E R

      A Youth.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on May 26, 2020, this Court has determined that the brief does not comply with the below-referenced Rule.

M. R. App. P. 12(1)(i) requires that the relevant judgment, order, findings of fact, conclusions of law, jury instruction, ruling or decision from which the appeal is taken be included as an appendix with the Appellant's brief to this Court. Appellant's brief did not include a copy of the District Court's Dispositional Judgment from which it is appealing.

IT IS ORDERED that within ten (10) days of the date of this Order, the Appellant shall electronically file with Clerk of this Court a copy of the relevant order as an appendix and include the relevant order as an attached appendix to the paper copies of Appellant's brief. One copy of the relevant order must be served on each counsel of record;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant judgment or order.

The Clerk of this Court is directed to provide a true copy of this Order to counsel for Appellant and to all counsel upon whom the brief was served.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 26 2020